UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MORENO,<br><br>    Plaintiff,<br><br>v.<br><br>YELP INC.,<br><br>    Respondent. | Case No. 23-mc-80272-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE, REQUIRING SERVICE, AND SETTING CONSENT DEADLINE** |

In this miscellaneous matter, Movant Paul Moreno seeks an order vacating or modifying the decision in arbitration before Forum Alternative Dispute Resolution made in favor of Respondent Yelp, Inc. Movant also seeks damages and injunctive relief.

Having reviewed Movant's petition, the Court HEREBY ORDERS that Movant shall serve a copy of the petition, supporting documents, and this Order on Respondent no later than November 27, 2023. Respondent shall file any opposition no later than January 2, 2024. Movant may file any reply no later than January 16, 2024. The Court will decide the application on the papers without oral argument.

Movant shall file a consent or declination to proceed before a magistrate judge, pursuant to 28 U.S.C. § 636, no later than November 27, 2023. Respondent shall file a consent or declination to proceed before a magistrate judge no later than December 11, 2023. The parties are free to consent or decline jurisdiction; no party will be prejudiced by the filing of a declination.

**IT IS SO ORDERED**.

Dated: November 13, 2023



SALLIE KIM
United States Magistrate Judge