JOHN D. FREED (S.B.N. 261518)
DAVIS WRIGHT TREMAINE LLP
50 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email:  jakefreed@dwt.com

JAMES DAIRE (S.B.N. 239637)
REED LYON (S.B.N. 288361)
YELP INC.
350 Mission St. 10th Floor
San Francisco, CA 94105
Telephone: (415) 908-3801
Facsimile: (415) 615-0809
Email:  jdaire@yelp.com
Email:  reedlyon@yelp.com

Attorneys for Respondent
YELP INC.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL MORENO, an individual, | Case No. 23-mc-80272-AMO |
| Petitioner, | **STIPULATION AND [PROPOSED] ORDER TO RELATE CASES** |
| v. | [Civil Local Rules 3-12 and 7-12] |
| YELP INC, a Delaware corporation, | |
| Respondent. | Related Case No. 3:23-cv-06417-WHA |

The parties stipulate and agree to the following:

1. The parties to this stipulation are also parties in the following civil action: 3:23-cv-06417-WHA. There is one other party in that action, Moreno Roofing Company, Inc., dba Moreno Roofing and Solar ("MRC"). MRC is Petitioner Paul Moreno's business and is represented by Petitioner's counsel.

2. Civil Local Rule 7-12(b) provides that whenever a party knows or learns that an action, filed in this District is related to an action which is or was pending in this District, the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should be Related.

3. Here, Case No. 3:23-cv-06417-WHA ("the civil lawsuit") is related to this miscellaneous matter, which is the earlier filed case.

4. The civil lawsuit that Yelp filed against Petitioner is related to this miscellaneous matter because they concern overlapping parties, the same property—the <yelp.ai> domain name—and the same transactions and events—the circumstances of Petitioner's acquisition of the domain name and subsequent conduct, as well as Yelp's uses of its trademarks and federal registrations of them.

5. It also appears likely there will be an unduly burdensome duplication of the Court's labor if the cases are conducted before different Judges. As a miscellaneous matter, Petitioner's effort to vacate the ICANN's arbitration award to Yelp is likely to conclude faster than Yelp's civil lawsuit against Petitioner. Judicial resources would be conserved if the same Judge, already familiar with the evidentiary record in the arbitration, also considers Yelp's lawsuit.

6.      THEREFORE, the parties stipulate and agree that the civil lawsuit is related to this matter, and should be reassigned to Judge Araceli Martinez-Olguin.

DATED:  December 15, 2023                    Respectfully submitted,

                                                    DAVIS WRIGHT TREMAINE LLP

                                                    By:      */s/ John D. Freed*
                                                               JOHN D. FREED

                                                    Attorney for Respondent
                                                    YELP INC.


                                                    By:      */s/ Meghan Pratschler\**
                                                               MEGHAN PRATSCHLER

                                                    Attorney for Petitioner
                                                    PAUL MORENO

\* Filer's Attestation: Pursuant to Civil Local Rule 5(i)(3), the filer hereby attests that concurrence in the filing of this document has been obtained.


PURSUANT TO STIPULATION, IT IS SO ORDERED


DATED:_____

                                                   By:_____
                                                   THE HONORABLE ARACELI MARTINEZ-OLGUIN
                                                   UNITED STATES DISTRICT JUDGE